**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 AUG 22 AM 11: 31

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:23-cr-168 |
| Plaintiff, | JUDGE MORRISON |
| vs. | **INDICTMENT** |
| **ROGER A. WILKINS,** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1. On or about May 13, 2023, in the Southern District of Ohio, the defendant, **ROGER A. WILKINS**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus PT111 Millennium Pro, 9mm semi-automatic pistol, bearing serial number TWE66654, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **ROGER A. WILKINS**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Taurus PT111 Millennium Pro, 9mm semi-automatic pistol, bearing serial number TWE66654; and

- All associated ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**

2